UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

IN RE:                                                    )
  RUIZ, SONIA
                                                            ) CASE NO. 07-23366   -JPK
                              Debtor(s)    ) Chapter 7

NOTICE OF DEPOSIT OF LESS THAN $5.00
TO UNITED STATES BANKRUPTCY COURT
CLERK'S REGISTRY CHECKING ACCOUNT

TO: THE HONORABLE J. PHILIP KLINGEBERGER:

      Comes now David R. DuBois, Trustee, and applies to the Court as follows:

      1.  I am the duly appointed Trustee and, as such, hold funds of this estate which should be distributed to creditors thereof.

      2.  Pursuant to FRBP 3011, the following creditors are entitled to distribution of less than $5.00 each:

      Claim No. 8, NW IN Radiology Services PC, 55 E. 86th Ave. Ste.,A, PO Box 10645, Merrillville, IN 46411-0645. - $0.71.

      3.  Pursuant to FRBP 3010 the distributions shown in paragraph 2 are to be treated in the same manner as unclaimed funds, as provided in 11 U.S.C. §347.

      4.  Trustee believes it appropriate that the sum(s) set forth in paragraph 2 be paid to the U.S. Bankruptcy Court Clerk's Registry Checking Account for the use and benefit of the parties set forth therein.

      Dated in Portage, Indiana on April 23, 2010.

                                            s/s David R. DuBois
                                            David R. DuBois, Trustee and
                                             Trustee's attorney, #4609-64
                                            6226 Central Avenue, P.O. Box 14
                                            Portage, IN 46368-0014
                                            Telephone: (219)762-5574
                                            Email: dave.dubois@verizon.net

CERTIFICATE OF SERVICE

      I certify that on this date service of a true and complete copy of the foregoing instrument was made on the following persons by electronic filing as shown on the Notice of Electronic Filing or by depositing the same in the United States Mail in a properly addressed and stamped envelope:
United States Trustee, 100 E. Wayne St., Ste. 555, South Bend, IN 46601
NW IN Radiology Services PC, 55 E. 86th Ave. Ste.,A, PO Box 10645, Merrillville, IN 46411-0645.
    Dated at Portage, IN on April 23, 2010.
                                            /s/ David R. DuBois
                                            David R. DuBois, Trustee